UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

In Re: Belene Tesfaye                                  Case/AP Number 09-11723 -FJB
                                                       Chapter 7

   Doc# 24 Motion filed by Debtor Belene Tesfaye to Dismiss Case

**COURT ACTION:**

_____ Hearing held

_____ Granted    _____ Approved    _____ Moot

_____ Denied     _____ Denied without prejudice    _____ Withdrawn in open court

_____ Overruled  _____ Sustained

_____ Continued to _____

_____ Proposed order to be submitted by _____

_____ Stipulation to be submitted by _____

_____ No appearance by _____

Show Cause Order    _____ Released    _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed.  Granted:  this case is hereby dismissed.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*
_____ Dated: 5/22/2009
Frank J. Bailey
United States Bankruptcy Judge